UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE   Derrick N. Okonmah  (P 68221)              Misc. No. 13-MC-50200
_____/

## ORDER OF SUSPENSION

Derrick N. Okonmah was suspended from the practice of law for an indefinite period of time by the Michigan Attorney Discipline Board, effective August 30, 2013.

Accordingly, Derrick N. Okonmah is suspended from the practice of law before the United States District Court and the United States Bankruptcy Court for the Eastern District of Michigan pursuant to E.D. Mich. LR 83.22.

Reinstatement by the United States District Court is not reciprocal to any reinstatement issued by any Attorney Discipline Board.  Local Rule 83.22(i) governs reinstatement in the United States District Court (see enclosed).

A copy of this Order shall be served upon Derrick N. Okonmah via certified mail/return receipt requested.

IT IS SO ORDERED.

                                                s/Gerald E. Rosen
                                                GERALD E. ROSEN, Chief Judge
                                                United States District Court

Dated:   October 23, 2013
            Detroit, Michigan

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

IN RE   **Derrick N. Okonmah  (P 68221)**                Misc. No. 13-MC-50200
_____/

## PROOF OF MAILING

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) ss |
| EASTERN DISTRICT OF MICHIGAN | ) |

A copy of the Order of Suspension in the above-entitled cause was served upon:

Derrick N. Okonmah
660 Shrewsbury Drive
Clarkston, MI 48348

on this date by placing it in an envelope, certified mail, return receipt requested, and

depositing it in a United States Postal Service receptacle in Detroit, Michigan.


                                    s/Donna D. Vinson
                                    Donna D. Vinson
                                    Judicial Assistant to Gerald E. Rosen, Chief Judge


DATED:   October 23, 2013
             Detroit, Michigan