**MEMBERS**
**THOMAS G. KIENBAUM**
*CHAIRPERSON*
**JAMES M. CAMERON, JR.**
*VICE-CHAIRPERSON*
**SYLVIA P. WHITMER, Ph.D.**
*SECRETARY*
**ROSALIND E. GRIFFIN, M.D.**
**CARL E. VER BEEK**
**CRAIG H. LUBBEN**
**LAWRENCE G. CAMPBELL**
**DULCE M. FULLER**
**LOUANN VAN DER WIELE**

STATE OF MICHIGAN
## Attorney Discipline Board



**JOHN F. VAN BOLT**
*EXECUTIVE DIRECTOR*

**MARK A. ARMITAGE**
*DEPUTY DIRECTOR*

**JENNIFER M. PETTY**
*LEGAL ASSISTANT*

211 WEST FORT ST.
SUITE 1410
DETROIT, MICHIGAN 48226-3236
PHONE: 313-963-5553
FAX: 313-963-5571

WWW.ADBMICH.ORG

### NOTICE OF AUTOMATIC SUSPENSION FOR NON-PAYMENT OF COSTS

Case No. 12-47-JC

**Notice Issued: September 3, 2013**

Derrick N. Okonmah, P 68221, Clarkston, Michigan.

Effective August 30, 2013.

Respondent was ordered to pay costs in *Grievance Administrator v Derrick N. Okonmah*, Case No. 12-47-JC, and has failed to pay the costs as ordered.

In accordance with MCR 9.128(D), respondent's license to practice law in Michigan was automatically suspended on August 30, 2013, and will remain suspended until the costs have been paid and respondent has complied with MCR 9.119 and 9.123(A).

*/s/ John F. Van Bolt*
John F. Van Bolt

Dated: **SEP - 3 2013**