STATE OF MICHIGAN

Attorney Discipline Board

FILED
ATTORNEY DISCIPLINE BOARD

13 AUG 30 PM 1:28

211 W. Fort St., Suite 1410
Detroit, MI 48226-3236

(313) 963-5553
Fax: (313) 963-5571

GRIEVANCE ADMINISTRATOR,
Attorney Grievance Commission,

  Petitioner,

v

  Case No. 12-47-JC

DERRICK N OKONMAH, P 68221,

  Respondent
_____/

## NOTICE OF AUTOMATIC SUSPENSION PURSUANT TO MCR 9.128

On **August 30, 2013**, the Attorney Discipline Board served a certified report on the respondent, **Derrick N. Okonmah**, and with the State Bar of Michigan, showing that the respondent had failed to reimburse the State Bar of Michigan for the expenses of the above-entitled disciplinary action within the time prescribed. (Certification of non-payment of disciplinary costs attached.)

In accordance with MCR 9.128(D), as amended effective July 29, 2002,

**NOTICE IS HEREBY GIVEN** that the respondent, **Derrick N. Okonmah**, is automatically suspended from the practice of law in the State of Michigan effective **August 30, 2013,** and until the respondent pays the costs or the Attorney Discipline Board approves a suitable plan for payment, and until respondent complies with MCR 9.123(A).

Commencing on the date a certified report of non-payment is filed, interest on the unpaid expenses shall accrue thereafter at the rate applicable to civil judgments. [MCR 9.128(C).]

**NOTICE IS FURTHER GIVEN** that such costs shall be submitted to the Attorney Discipline Board [211 W. Fort St., Ste. 1410, Detroit, MI 48226-3236] by check or money order made payable to the State Bar of Michigan.

**NOTICE IS FURTHER GIVEN** that any plan for payment as described in MCR 9.128(D) shall be in writing and shall be submitted to the Attorney Discipline Board with a proof of service showing delivery of the proposed plan to the Grievance Administrator [Attorney Grievance Commission, 535 Griswold St., Ste. 1700, Detroit, MI 48226]. Approval of a plan for payment by the Attorney Discipline Board shall be in writing and will be deemed effective on the date of mailing by the Board.

**NOTICE IS FURTHER GIVEN** that the respondent shall within seven days of the date of this notice, comply with the applicable notice provisions of MCR 9.119.

ATTORNEY DISCIPLINE BOARD

By: _____
John F. Van Bolt
Executive Director

DATED: August 30, 2013

### Certification of Service

The undersigned certifies that a copy of the foregoing Notice was served upon the following persons via regular mail (and/or by such other methods noted below, if any) at the following address(es):

Derrick N. Okonmah, 660 Shrewsbury Dr., Clarkston, MI 48348 (also via certified mail, return receipt requested)
Cynthia C. Bullington, 535 Griswold St., Ste. 1700, Detroit, MI 48226 (by e-mail and inter-office mail)
Larry S. Royster, Clerk, Michigan Supreme Court, P. O. Box 30052, Lansing, MI 48909
Dawn M. Evans, Dir. of Professional Standards, State Bar of Michigan, 306 Townsend St., Lansing, MI 48933

_____
Julie Loiselle

F:\Costs\AutoSusp-Non-Pymt\2013\Okonmah 12-47-JC-2.wpd