| | | |
|---|---|---|
| **MEMBERS**<br>**THOMAS G. KIENBAUM**<br>*CHAIRPERSON*<br>**JAMES M. CAMERON, JR.**<br>*VICE-CHAIRPERSON*<br>**SYLVIA P. WHITMER, Ph.D.**<br>*SECRETARY*<br>**ROSALIND E. GRIFFIN, M.D.**<br>**CARL E. VER BEEK**<br>**CRAIG H. LUBBEN**<br>**LAWRENCE G. CAMPBELL**<br>**DULCE M. FULLER**<br>**LOUANN VAN DER WIELE** | STATE OF MICHIGAN<br>ATTORNEY DISCIPLINE BOARD<br> | **JOHN F. VAN BOLT**<br>*EXECUTIVE DIRECTOR*<br>**MARK A. ARMITAGE**<br>*DEPUTY DIRECTOR*<br>**JENNIFER M. PETTY**<br>*LEGAL ASSISTANT*<br>211 WEST FORT ST.<br>SUITE 1410<br>DETROIT, MICHIGAN 48226-3236<br>PHONE: 313-963-5553<br>FAX: 313-963-5571<br>WWW.ADBMICH.ORG |

## NOTICE OF AUTOMATIC REINSTATEMENT FOR PAYMENT OF COSTS

Case Nos. 12-47-JC

**Notice Issued: September 11, 2013**

Derrick N. Okonmah, P 68221, Clarkston, Michigan.

Effective September 10, 2013

In accordance with MCR 9.128(D), respondent's license to practice law in Michigan was automatically suspended on August 30, 2013, for failure to pay costs as ordered in *Grievance Administrator v Derrick N. Okonmah*, Case No. 12-47-JC, and until payment of costs and the filing of affidavits of compliance in accordance with MCR 9.119 and 9.123(A).

The costs have been reimbursed to the State Bar of Michigan and, in accordance with MCR 9.123(A), the suspension was terminated with the respondent's filing of an affidavit of compliance with the clerk of the Michigan Supreme Court on September 10, 2013.

_____
John F. Van Bolt

Dated: SEP 11 2013